JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY ULYSSES HAYES, JR., <br><br> Plaintiff, <br><br> v. <br><br> KAMALA HARRIS, United States Senator, <br><br> Defendant. | Case No. CV 20-01043-GW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order of Dismissal,

IT IS ADJUDGED that this action is dismissed.

Date: April 29, 2020

_____
GEORGE H. WU
United States District Judge